UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TEMPLE CONTRACT STATION, LLC D/B/A HAWKEYE SHOOTING ACADEMY,** *Plaintiff* | § § § § § § § |
| | §   CIVIL ACTION NO.: 6:26-CV-3 |
| **V.** | § § § § |
| **NOVA CASUALTY COMPANY,** *Defendant.* | § § §   **JURY DEMANDED** § |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, NOVA CAUSALTY COMPANY ("Defendant" or "Nova"), and files this, its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

#### I.   PROCEDURAL HISTORY

1. On November 26, 2025, Plaintiff, TEMPLE CONTRACT STATION, LLC D/B/A HAWKEYE SHOOTING ACADEMY ("Plaintiff"), filed its Original Petition and initiated an action against Nova; in the 146th Judicial District Court of Bell County, Texas, in Cause No. 25DCV357945 (the "State Court Action"). *See* Exhibit "A" attached hereto and incorporated herein by reference.

2. Plaintiff requested service on Nova, and Court issued the citation on December 2, 2025; and served Nova's registered agent for service of process on December 8, 2025, by certified mail. On December 8, 2025, court received the executed citation on Nova. *See* Exhibit "B" for all service papers.

PD.60146466.1

3. Defendant filed an Answer in the State Court Action on December 26, 2025. *See* Exhibit "C" attached hereto and incorporated herein by reference.

4. Defendant's Notice of Removal is being filed on January 5, 2026, which is within the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

## II.   FACTUAL BACKGROUND

5. This suit concerns a first-party property damage claim submitted under Policy AIX BRO-ML-10001584-01 ("Policy") a Commercial Property Policy issued by Nova to Plaintiff. Plaintiff claims that on or about May 22, 2024, the insured property located at 119 N. 19th Street, Temple, TX 76504 ("Property") was damaged by hail and/or windstorm.

6. Plaintiff asserts interior damage to the Property, equipment failure, and business interruption damages resulted from the May 22, 2024 weather event.

7. Plaintiff alleges Nova breached the insurance contract and violated the Texas Insurance Code, as well as common law duties owed to Plaintiff by, among other things, making misrepresentations, failing to fully investigate the claim, and failing to pay what Plaintiff contends is the full value of its claim.

8. Defendant disputes the underlying facts alleged by Plaintiff and expressly denies liability to Plaintiff.

## III.   DIVERSITY JURISDICTION

9. Plaintiff, Temple Contract Station d/b/a Hockey Shooting Academy, is a Texas limited liability company. Plaintiff's sole members, Brent Martin and Rebecca Martin, both reside in and are citizens of Texas.

10. Defendant, Nova Casualty Company, is an insurer incorporated and duly authorized and existing under the laws of New York, with its principal place of business in Worcester,

Massachusetts. For purposes of diversity jurisdiction, Nova is a citizen of both New York and Massachusetts under 28 U.S.C. § 1332.

11. Removal is proper because there is complete diversity between the parties.

12. Venue is proper in the Western District of Texas, Waco Division, because the Plaintiff's Property made the subject of the suit is located in Bell County and within the Waco Division.

13. The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings. The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938). Plaintiff plead that it seeks damages in excess of $1,000,000. *See* Exhibit "A," at ¶1.1. Thus, the amount in controversy with Plaintiff exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV.    INFORMATION FOR THE CLERK

14. Plaintiff: Temple Contract Station d/b/a Hockey Shooting Academy

15. Defendant: Nova Casualty Company

16. The case is pending in the 146th Judicial District Court of Bell County:

> Honorable Mike Russell
> 146th Bell County District Court
> Bell County Justice Center
> 1201 Huey Road
> Belton, Texas 76513
> Telephone: (254) 933-6737

17. Pursuant to 28 U.S.C. §1446(a), Defendant has attached copies of all processes and pleadings served upon it in the State Court Action. No further proceedings have been had therein. A copy of the trial court's docket sheet is attached as Exhibit "D" and an Index of Matters Being Filed is attached as Exhibit "E."

18. Counsel for Plaintiff, Temple Contract Station d/b/a Hockey Shooting Academy:

> J. Michael Moore
> State Bar No. 14349550
> R. Nicholas Moore
> State Bar No 24098134
> MOORE LAW FIRM
> 1300 N. 10th Street, Suite 400
> McAllen, Texas 78501
> Telephone: (956) 631-0745
> Facsimile: (888) 266-0971
> Email: firstpartylit@moore-firm.com

19. Counsel for Defendant, Nova Casualty Company:

> Peri H. Alkas
> State Bar No. 00783536
> Nicole Hilburn
> State Bar No. 24055663
> PHELPS DUNBAR LLP
> 1001 Fannin Street, Suite 2200
> Houston, Texas 77002
> Telephone:    713-626-1386
> Facsimile:    713-626-1388
> E-Mail:    peri.alkas@phelps.com
>            nicole.hilburn@phelps.com

*Jury Demand*

20. Defendant demanded a jury trial in state court and requests a trial by jury in federal court as well.

*Miscellaneous*

21. Defendant will promptly notify the 146th Judicial District Court of Bell County of its Removal of the State Court Action to this Court.

22. Because Plaintiff's members are individuals who are citizens of Texas, and Defendant is a company that is a citizen of New York and Massachusetts, and the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. §1332. As such, this removal action is proper.

WHEREFORE, Defendant, Nova Casualty Company, respectfully requests that the above-entitled action be removed from the 146th District Court of Bell County, Texas, to the United States District Court for the Western District of Texas, Waco Division.

    Respectfully submitted,

    **PHELPS DUNBAR LLP**

    BY:   */s/ Peri H. Alkas*
        Peri H. Alkas
        ATTORNEY-IN-CHARGE
        State Bar No. 00783536
        Federal Bar No. 15785
        Nicole Hilburn
        State Bar No. 24055663
        1001 Fannin Street; Suite 2200
        Houston, Texas 77002
        Telephone: 713 626 1386
        Facsimile: 713 626 1388
        Email:  peri.alkas@phelps.com
                nicole.hilburn@phelps.com

    **ATTORNEYS FOR DEFENDANT**
    **NOVA CASUALTY COMPANY**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record on January 5, 2026.

| | |
|---|---|
| J. Michael Moore | firstpartylit@moore-firm.com |
| R. Nicholas Moore | |
| MOORE LAW FIRM | |
| 1300 N. 10th Street, Suite 400 | |
| McAllen, Texas 78501 | |
| COUNSEL FOR PLAINTIFF | |

                                                   */s/ Peri H. Alkas*
                                                   Peri H. Alkas

PD.60146466.1